**O**

JS - 6

cc: order, docket, remand letter to
Los Angeles Superior Court, Downey,
No. 12 C 01045

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9900 TWEEDY #103 TRUST, UDT 2/24/12 EQUUS CAPITAL AS TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>ANA M. GALLARDO, JOSE A. SALCIDO,<br><br>Defendants. | Case No. CV 12-04758 DDP (JCx)<br><br>**ORDER REMANDING CASE FOR LACK OF SUBJECT MATTER JURISDICTION** |

Plaintiff filed an unlawful detainer complaint against Defendants in state court on April 2, 2012. Defendants removed the action to this court on May 31, 2012. There is no federal subject matter jurisdiction in this action. Plaintiff's unlawful detainer complaint raises only issues of state law, and the amount in controversy does not appear to exceed $75,000. Further, defenses and counterclaims based on federal law are insufficient to create federal jurisdiction. See U.S. Bank v. Teratyatstryan, No. CV 12-2876, 2012 WL 1535453, at *3 (C.D. Cal. Apr. 30, 2012); HSBC

///

Bank USA v. Santiago, No. CV 10-04127, 2011 WL 165382, at *1-2 (C.D. Cal. Jan. 18, 2011). The court therefore remands this case to state court.

IT IS SO ORDERED.

Dated: July 27, 2012

DEAN D. PREGERSON
United States District Judge