1

2

3                                                          O

4                                          JS - 6

5    cc: order, docket, remand letter to
     Los Angeles Superior Court, Downey,
6    No. 12 C 01045

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   9900 TWEEDY #103 TRUST, UDT  )  Case No. CV 12-04758 DDP (JCx)
     2/24/12 EQUUS CAPITAL AS      )
12   TRUSTEE,                      )  **ORDER REMANDING CASE FOR LACK OF**
                                   )  **SUBJECT MATTER JURISDICTION**
13                  Plaintiff,     )
                                   )
14        v.                       )
                                   )
15   ANA M. GALLARDO, JOSE A.      )
     SALCIDO,                      )
16                                 )
                    Defendants.    )
17   _____  )

18

19        Plaintiff filed an unlawful detainer complaint against

20   Defendants in state court on April 2, 2012.  Defendants removed the

21   action to this court on May 31, 2012.  There is no federal subject

22   matter jurisdiction in this action.  Plaintiff's unlawful detainer

23   complaint raises only issues of state law, and the amount in

24   controversy does not appear to exceed $75,000.  Further, defenses

25   and counterclaims based on federal law are insufficient to create

26   federal jurisdiction.  See U.S. Bank v. Teratyatstryan, No. CV

27   12-2876, 2012 WL 1535453, at *3 (C.D. Cal. Apr. 30, 2012); HSBC

28   ///

1  <u>Bank USA v. Santiago</u>, No. CV 10-04127, 2011 WL 165382, at *1-2

2  (C.D. Cal. Jan. 18, 2011).  The court therefore remands this case

3  to state court.

4  IT IS SO ORDERED.

5

6  Dated:  July 27, 2012

             DEAN D. PREGERSON
7            United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28